IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KIMBERLY BOWMAN PLAINTIFF

v. Case No. 1:26-cv-1012

FRANK BISIGNANO,
Commissioner Social Security Administration DEFENDANT

**ORDER**

Before the Court is the Report and Recommendation (ECF No. 17) filed September 30, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation (ECF No. 17) is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation. ECF No. 17. Defendant's Unopposed Motion for Reversal and Remand (ECF No. 16) is **GRANTED**. This decision of the Administrative Law Judge is **REVERSED**, and this case is **REMANDED** to the Commissioner for further administrative review pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 20th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge